Anna M. Hintz, appellee, v. Ridgewood Cemetery Company, appellant. Gen. No. 39,210.

Opinion filed February 15, 1937.
Brelin, Britton & Landon, for appellant; Floyd E. Britton, of counsel. Rathje & Connor, for appellee. Oliver B. Opsahl, of counsel.
Mr. Justice O'Connor delivered the opinion of the court.